# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of New York

Index Number: 14CV3204

Date Filed: 5/22/2014 Amended: 9/25/2014

Plaintiff:
**UNIQUE ALLEN and JUSTIN RAMOS**

vs.

Defendant:
**THE CITY OF NEW YORK, et als.**

Received by O'KEKE & ASSOCIATES, P.C. to be served on **POLICE DETECTIVE MICHAEL O'BRIEN (SHIELD #2221), NYPD - EMERGENCY SERVICES UNIT, ESS 7, FLOYD BENNETT FIELD - EDWARDS HALL FLOOR 3, BROOKLYN, Kings County, NY 11234**.

I, Brent Richardson, being duly sworn, depose and say that on the **30th day of September, 2014** at **1:10 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **AMENDED SUMMONS and FIRST AMENDED COMPLAINT with JURY DEMAND** with the date and hour of service endorsed thereon by me, to: **JOANNE D'AMBROSI** as **S.P.A.A.** at the address of: **NYPD - EMERGENCY SERVICES UNIT, ESS 7, FLOYD BENNETT FIELD - EDWARDS HALL FLOOR 3, BROOKLYN, Kings County, NY 11234**, who stated they are authorized to accept service for **MICHAEL O'BRIEN (SHIELD #2221)**, and informed said person of the contents therein, in compliance with state statutes.  Actual service location: (40.5915,-73.8804) accuracy 12 m.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 135, Hair: Auburn, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: **NEW YORK**
County: **KINGS**

Subscribed and Sworn to before me on the __1st__ day of __OCTOBER__, __2014__ by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC
EMPRESS C. SUMMERS
Notary Public, State of New York
Qualified in Queens County
No. 01SU6289731
My Commission Expires 09/30/2017

Brent Richardson
N.Y.C.D.C.A.# 1346943

O'KEKE & ASSOCIATES, P.C.
801 FRANKLIN AVENUE
BROOKLYN, NY 11238

Our Job Serial Number: BNP-2014000984

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0i

