UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

UNIQUE ALLEN and JUSTIN RAMOS,

                                                       Plaintiffs,

          -against-

THE CITY OF NEW YORK, ET AL.,

                                                       Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-cv-3204 (RJD) (VMS)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       12/10, 2014

O'KEKE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
801 Franklin Avenue
Brooklyn, New York 11238
(718) 855-9595

By: _____
John C. Iwuh
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Hansen, Martin, Mayer, Martinez, Terepka, Donaldson, Gut, Steiger, O'Brien, Schierenbeck, Ferrara, Salazar, Grisolia, Loughery and Allen*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Ashley R. Garman
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2014